■ In the Matter of JULIO NOVA, Petitioner, v DONALD VENET-TOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [64 NYS3d 618]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to his inmate account. Petitioner has received all of the relief to which he is entitled, and therefore we dismiss the petition as moot (*see Matter of Arriaga v Capra*, 153 AD3d 1542, 1542 [2017]; *Matter of Robinson v Prack*, 137 AD3d 1452, 1452 [2016]).

McCarthy, J.P., Rose, Clark, Aarons and Pritzker, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.